# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**U.S.A. vs. MUHAMMED ISMAIL**                          Docket No. 3:02CR00267(AWT)

### PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Jennifer Amato, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Muhammed Ismail who was sentenced to 30 months' imprisonment with credit for time served for a violation of 18 U.S.C. § 922(a)(1)(A), Engaging in the Business of Dealing in Firearms Without a License by the Honorable Alvin W. Thompson, U.S. District Judge, sitting in the court at Hartford, Connecticut on May 23, 2003, who fixed the period of supervision at 3 years which commenced on August 3, 2004 and imposed the general terms and conditions theretofore adopted by the court.

The following special conditions were imposed: 1) The defendant shall participate in a mental health treatment program approved by the U.S. Probation Office, either inpatient or out patient; the defendant shall pay all of or a portion of the costs associated with treatment based on his ability to pay, in an amount determined by the U.S. Probation Office; 2) The defendant shall participate in an employment readiness or vocational training program; 3) The defendant shall obtain and maintain full-time employment; and 4) The defendant shall perform 300 hours of community service, at the rate of 100 hours per year.

The defendant's scheduled expiration date is August 2, 2007.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant is being cited for violating the following conditions of supervised release:

<u>Special Condition # 4: The defendant shall perform 300 hours of community service, at a rate of 100 hours per year.</u>

Since the commencement of supervised release, the defendant has completed a total of 32 documented hours of community service. Therefore, he has not satisfied his special condition of supervised release.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing Muhammed Ismail to appear before this court at Hartford, Connecticut on ~~May 9,~~ May 23 2007 at ~~11:00~~ 10:00 a.m. to show cause why supervision should not be revoked.

**ORDER OF COURT**

Considered and ordered this _9th_ day of _May_, 20_07_ and ordered filed and made a part of the records in the above case.

_____
United States District Judge

Sworn to By _Jennifer Amato_ (signed)
Jennifer L. Amato
Senior United States Probation Officer

Place _Hartford, CT_

Date _5/9/07_

Before me, the Honorable Alvin W. Thompson, United States District Judge, on this 9th day of May, 2007 at Hartford, CT, Senior U.S. Probation Officer Jennifer L. Amato appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

_____
The Honorable Alvin W. Thompson
United States District Judge