Form 12

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Docket No. 3:02CR00267(AWT)

U.S.A. vs. MUHAMMED ISMAIL

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Jennifer Amato, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Muhammed Ismail who was sentenced to 30 months' imprisonment with credit for time served for a violation of 18 U.S.C. § 922(a)(1)(A), Engaging in the Business of Dealing in Firearms Without a License by the Honorable Alvin W. Thompson, U.S. District Judge, sitting in the court at Hartford, Connecticut on May 23, 2003, who fixed the period of supervision at 3 years which commenced on August 3, 2004 and imposed the general terms and conditions theretofore adopted by the court. On May 23, 2007, the defendant was found in violation of supervised release and the Court imposed 1 day imprisonment followed by a new two year term of supervised release. The following special conditions were imposed: 1)The defendant shall participate in a mental health treatment program approved by the U.S. Probation Office, either inpatient or out patient; the defendant shall pay all of or a portion of the costs associated with treatment based on his ability to pay, in an amount determined by the U.S. Probation Office; 2) The defendant shall participate in an employment readiness or vocational training program; 3) The defendant shall obtain and maintain full-time employment; and 4) The defendant shall perform 300 hours of community service, at the rate of 100 hours per year and 5) The defendant shall participate in a substance abuse program either inpatient or outpatient, which may include urinalysis testing as approved by the U.S. Probation Office; the defendant shall pay all of or a portion of the costs associated with treatment based on his ability to pay, as approved by the U.S. Probation Office. The defendant's scheduled expiration date is May 23, 2009.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

The defendant is being cited for violating the following conditions of supervised release:

**Mandatory Condition:** The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use or a controlled substance. On December 11, 18 and 28, 2007, the defendant rendered positive urines for marijuana while attending substance abuse treatment with the Wheeler Clinic in Hartford, Connecticut.

**Special Condition #5:** The defendant shall participate in a substance abuse program either inpatient or outpatient, which may include urinalysis testing as approved by the U.S. Probation Office; the defendant shall pay all of or a portion of the costs associated with treatment based on his ability to pay, as approved by the U.S. Probation Office. On January 7, 2008, the defendant was referred for intensive outpatient treatment based on his repeated marijuana use. He has failed to comply with the scheduled treatment sessions since that date.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing Muhammed Ismail to appear before this court at Hartford, Connecticut on 2/6/08 at 10:00am to show cause why supervision should not be revoked.

Sworn to By _____
Jennifer L. Amato
Senior United States Probation Officer

Place Hartford, CT.

Date 1/22/08

**ORDER OF COURT**

Considered and ordered this 22nd day of January, 2008 and ordered filed and made a part of the records in the above case.

_____
The Honorable Alvin W. Thompson
United States District Judge

Before me, the Honorable Alvin W. Thompson, United States District Judge, on this 22nd day of January, 2008, at Hartford, CT, Senior U.S. Probation Officer Jennifer L. Amato appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

_____
The Honorable Alvin W. Thompson
United States District Judge