UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES AMERICA          :

v.                             :    Case No. 3:02CR267AWT

Muhammed Ismail                :

APPOINTMENT OF THE FEDERAL PUBLIC DEFENDER'S OFFICE
PURSUANT TO THE PROVISIONS OF
THE CRIMINAL JUSTICE ACT OF 1964, AS AMENDED

The defendant has sworn under oath or affirmed as to his/her financial inability to employ counsel and has expressed the desire that counsel be provided by the Court to represent him/her, pursuant to the provisions of the Criminal Justice Act of 1964 as amended.

The office of the Federal Public Defender is appointed to represent the defendant and has been notified of this appointment.

The Court has appointed ___Thomas G. Dennis___ from the Federal Public Defender's Office to represent the defendant. Counsel is directed to file an appearance on behalf of the defendant.

Dated at Hartford, Connecticut, this 6th day of February, 2008, nunc pro tunc to April 13, 2007.

Alvin W. Thompson
United States District Judge