# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

U.S.A.
v.
Muhammed Ismail

CASE NUMBER: 3:02Cr267(AWT)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Muhammed Ismail

___2/6/08___
**Date**

_____
**Connecticut Federal Bar Number**

(860) 493-6260
**Telephone Number**

_____
**Fax Number**

Thomas_Dennis@fd.org
**E-mail address**

_____
**Signature**

Thomas C. Dennis
**Print Clearly or Type Name**

10 Columbus Blvd
**Address**

Hartford 06106

bar no. ct05100

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Deborah Slater, AUSA

_____
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001