Viol-Hrg(April 12, 2004)

HONORABLE: THOMPSON, A.
DEPUTY CLERK: Glynn - RPTR:Huntington, D.
USPO: Amato, J.   INTERPRETER: N/A

TOTAL TIME: ____ hours: 25 minutes

DATE   4/25/08

START TIME: 11:35   END TIME: 12:00

CR. No. 02CR267 AWT   DEFT # 2

UNITED STATES OF AMERICA  §
                          §   Deborah Salter, AUSA
     vs.                  §   Richard Kielbania, Law Student Intern
                          §
MUHAMMED ISMAIL           §   Tom Dennis, FPD ☐
                              Counsel for Defendant - PDA (P)

### SUPERVISED RELEASE VIOLATION HEARING CONTINUED from 2/6/08
■ SUPERVISED RELEASE   ☐ PROBATION   (check one)

- ☐ Deft arrested on _____
- ☐ Deft failed to appear, Bench warrant to issue
- ☐ Violation Hrg continued until _____ at _____
- ☐ Deft admits violation
- ☐ Order appointing Federal Public Defender's Office filed
- ■ Court finds deft ■ has  ☐ has not violated terms of ☐ probation ■ supervised release
- ■ Supervised Release ■ revoked ☐ continued ☐ modified
- ■ Six months imprisonment.
- ☐ Upon release the defendant shall be on supervised release for a term of _____ years/months
- ☐ ☐ Supervised release ☐ probation continued for a period of _____ years/months on count(s) _____
- ☐ Deft shall pay a fine of $_____ on Count(s) _____ to be paid by _____
- ■ Court recommends incarceration at a halfway house designated by the Bureau of Prisons
- ☐ Deft shall pay $ _____ per month for the cost of ☐ incarceration ☐ supervised release ☐ community confinement (Halfway House)
- ☐ Deft shall refrain from any use or unlawful possession or distribution of a narcotic drug.
- ■ Deft ordered to surrender on May 28, 2008 ☐ U.S. Marshal ■ Federal Correctional Institution designated by the Bureau of Prisons or where the U.S. Marshal Service may direct.
- ☐ Bond ☐ continued ☐ set at $_____ ☐ Non-surety ☐ Surety ☐ PR
- ☐ Violation sentencing set for _____
- ☐ Deft detained
- ■ Court orders no further supervised release after incarceration.

☐ SEE CONDITIONS OF SUPERVISED RELEASE/PROBATION ON REVERSE