⊗AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

District of _____

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | (For **Revocation** of Probation or Supervised Release) |

MUHAMMED ISMAIL

Case Number:        3:02CR00267(AWT)

USM Number:       14872-014

Thomas Dennis, Federal Public Defender
Defendant's Attorney

## THE DEFENDANT:

■ admitted guilt to violation of condition(s)      Special Condition #5      of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Special Condition #5 | The defendant shall participate in a substance abuse program | 1/07/08 |

        The defendant is sentenced as provided in pages 2 through      2      of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

        It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:    7375 _____

Defendant's Date of Birth:    1981 _____

Defendant's Residence Address:

_____

_____                ′

_____

_____

Defendant's Mailing Address:

_____

_____

_____

4/25/08
Date of Imposition of Judgment

/s/ Alvin W. Thompson, USDJ
Signature of Judge

The Honorable Alvin W. Thompson, U.S. District Judge
Name and Title of Judge

April 30, 2008
Date

*uus*

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page    2    of    2

DEFENDANT:          MUHAMMED ISMAIL
CASE NUMBER:        3:02CR00267(AWT)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :
6 months with no supervision to follow.

■  The court makes the following recommendations to the Bureau of Prisons:
   That the defendant serve his time at a halfway house.

☐  The defendant is remanded to the custody of the United States Marshal.

■  The defendant shall surrender to the United States Marshal for this district:

   ☐  at  _____  ☐ a.m.  ☐ p.m.  on  May 28, 2008 _____ .

   ■  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐  before 2 p.m. on  _____ .

   ☐  as notified by the United States Marshal.

   ☐  as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on  _____  to  _____

a _____  with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By  _____
DEPUTY UNITED STATES MARSHAL