UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:02CR267(AWT) |
| MUHAMMED ISMAIL | : | May 27, 2008 |

MOTION TO EXTEND SURRENDER DATE

The defendant, Muhammed Ismail, represents as follows:

(1) On April 25, 2008, the Court revoked Mr. Ismail's supervised release and sentenced him to a term of confinement for six months, with no supervision to follow.

(2) The Court recommended that the Bureau of Prisons permit the defendant to serve his time at a halfway house.

(3) The defendant was directed to self surrender, on May 28, 2008, to the institution designated by the Bureau of Prisons or where the U.S. Marshal Service may direct.

(4) To date, the undersigned has not been notified of a designation for Mr. Ismail by the Bureau of Prisons. The Marshal Service advises that they have not yet received a designation.

Wherefore, the defendant respectfully requests the Court to extend the surrender date by two weeks, until June 11, 2008.

Respectfully submitted,

THE DEFENDANT,
MUHAMMED ISMAIL

THOMAS G. DENNIS
FEDERAL DEFENDER

Dated: May 27, 2008     /s/
_____
Thomas G. Dennis
Federal Defender
10 Columbus Blvd, 6th FL
Hartford, CT 06106
Phone: (860) 493-6260
Bar No.: ct05100
Email: thomas.dennis@fd.org

- 2 -

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on May 27, 2008, a copy of the foregoing MOTION TO EXTEND SURRENDER DATE was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


/s/
Thomas G. Dennis