**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
UNITED STATES OF AMERICA       :
                               :
                               :
v.                             :    No.3:02CR00267(AWT)
                               :
MUHAMMED ISMAIL                :
-------------------------------x
```

**ORDER RE MOTION TO EXTEND SURRENDER DEADLINE**

The defendant's Motion to Extend Surrender Deadline (Doc. No. 59) is hereby GRANTED. The defendant's date for self-surrender is continued from May 28, 2008 to June 11, 2008.

It is so ordered.

Signed this 27th day of May, 2008 at Hartford, Connecticut.

```
              _____/s/AWT_____
                    Alvin W. Thompson
                 United States District Judge
```