**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------x
UNITED STATES OF AMERICA       :
                               :
                               :
v.                             :    No. 3:02CR00267(AWT)
                               :
MUHAMMED ISMAIL                :
------------------------------x
```

### ORDER RE MOTION TO EXTEND SURRENDER DEADLINE

The defendant's Motion to Extend Surrender Deadline (Doc. No. 61) is hereby GRANTED. The defendant's date for self-surrender is continued from June 11, 2008 to June 25, 2008.

It is so ordered.

Signed this 11th day of June, 2008 at Hartford, Connecticut.

```
               _____/s/AWT_____
                     Alvin W. Thompson
               United States District Judge
```